Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Marcos Silva

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARCOS SILVA,

  Plaintiff,

  v.

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not
reserved to the Commissioner of Social
Security,

  Defendant.

No. SACV18-1244-E

[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of THREE THOUSAND THREE HUNDRED DOLLARS and NO CENTS ($3,300.00), and costs under 28

/ / /

/ / /

/ / /

1

Case 8:18-cv-01244-E

1  U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28
2  U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.
3
4  Dated: 4/1/19
5  _____
   THE HONORABLE CHARLES E. EICK
6  UNITED STATES MAGISTRATE JUDGE